Robert V. Prongay (SBN 270796)
  rprongay@glancylaw.com
Charles H. Linehan (SBN 307439)
  clinehan@glancylaw.com
Pavithra Rajesh (SBN 323055)
  prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Plaintiff Edward LeMoure*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD LEMOURE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PINTEREST, INC., BENJAMIN SILBERMANN, and TODD MORGENFELD,<br><br>Defendants. | Case No. 3:21-cv-03181-VC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| SHLOMO KLEIN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PINTEREST, INC., BENJAMIN SILBERMANN, and TODD MORGENFELD,<br><br>Defendants. | Case No. 5:21-cv-04220-LHK |

NOTICE IS HEREBY GIVEN that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Edward LeMoure ("Plaintiff") hereby voluntarily dismisses his above-captioned action (*LeMoure v. Pinterest, Inc., et al*, No. 3:21-cv-03181), without prejudice. As grounds thereof, Plaintiff states that no opposing party has either served an answer or a motion for summary judgment. By this dismissal, Plaintiff does not waive his rights to participate and recover as a class member in any other class action alleging substantially similar claims against the defendants herein.

DATED: July 9, 2021                     Respectfully submitted,

                                              GLANCY PRONGAY & MURRAY LLP

                                              By:  */s/ Charles H. Linehan*
                                              Robert V. Prongay
                                              Charles H. Linehan
                                              Pavithra Rajesh
                                              1925 Century Park East, Suite 2100
                                              Los Angeles, California 90067
                                              Telephone: (310) 201-9150
                                              Facsimile: (310) 201-9160
                                              Email:  info@glancylaw.com

                                              *Attorneys for Plaintiff Edward LeMoure*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On July 9, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2021, at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan